**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



CONTINUING ORDER OF ABATEMENT

Appellate case name:       Preston Marshall and Rusk Capital Management, L.L.C. v. MarOpCo, Inc. and E. Pierce Marshall, Jr.

Appellate case number:    01-22-00573-CV

Trial court case number:   2015-35950

Trial court:               11th District Court of Harris County

On September 13, 2022, this Court abated this appeal "until the trial court concludes a new trial regarding certain litigation expenses and issues a new final judgment." On October 13, 2022, appellants provided a status report to this Court regarding the trial court proceedings.

We direct appellants, **no later than 60 days from the date of this order**, to file another status report advising the Court of the status of any trial court proceedings. If appellants do not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature:    ___/s/ Julie Countiss_____
                      ☑ Acting individually    ☐ Acting for the Court

Date: <u>December 1, 2022</u>